unless appellants shall file and serve records, briefs and notes of issue on or before April 17, 1961 and be ready for argument at the term to commence May 15, 1961, in which event motions denied.

■ (A) In the Matter of the Claim of WILLIAM KATZ, Appellant, v. SERVICED MAILING et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) IRENE O. ACKEY, as Guardian ad Litem of JOSEPH J. PERRIA, an Infant, Respondent, v. JEAN P. BRUNEAU, Appellant. (C) BERNARD B. BARR, Appellant, v. EDMUND HENNEL, Doing Business as HENNEL'S SERVICE STATION, Appellant, and SHELL OIL COMPANY, Respondent. (D) In the Matter of the Claim of MELVIN A. DAVIS, Appellant, v. NEW YORK STATE DEPARTMENT OF PUBLIC WORKS, DIVISION OF HIGHWAYS, et al., Respondents. SPECIAL FUND FOR REOPENED CASES, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. (E) In the Matter of the Claim of REGINALD E. BROOKS, Appellant, v. ALCO PRODUCTS, INC., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. (F) LOUIS C. LEHMAN, Respondent, v. MARTIN A. LUCY, Appellant. (G) In the Matter of the Claim of RAUL CARRASQUILLO, Appellant, v. MO JO REALTY CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motion to dismiss appeal granted, without costs.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARLAND GEORGE HOWE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR FONSECA, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD E. DE GROAT, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— [In each action] Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL JONES, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended to the term to commence May 15, 1961. Motion in all other respects denied.

■ In the Matter of EDITH LEE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Application for assignment of counsel granted and Martin Gallin, Esq., 384 East 149th St., New York 55, New York, is assigned, he having consented to appear as claimant-appellant's attorney on appeal.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES J. LONG, JR., Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE W. KAHLER, JR., Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NELSON TROCHE, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON E. WEST, Appellant.— [In each action] Time to perfect appeal extended to the term to commence May 15, 1961.

■ In the Matter of the Claim of IDA FRIEDMAN, Respondent-Appellant, v. FADA OF NEW JERSEY, INC., Respondent, and NEW JERSEY MANUFACTURERS CASUALTY INSURANCE COMPANY, Appellant-Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or for permission to appeal to the Court of Appeals denied, without costs.